```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
:
FOSUN PHARMA USA INC.,                                                :
:
                Plaintiff,          :   1:24-cv-115-GHW
:
       -against-                                                         :   ORDER
:
TODOS MEDICAL USA, INC., *and* CORONA                                 :
DIAGNOSTICS LLC,                                                      :
:
                Defendants.         :
:
--------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       In the Court's order dated March 1, 2024, Dkt. No. 37, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 3, 2024. The Court has not received the joint status letter or proposed case management plan. Rather, Plaintiff filed a "request for a certificate of default from the clerk of the Court" on March 7, 2024. *See* Dkt. No. 39 ¶ 3; Dkt. No. 42. Plaintiff also filed affidavits of service of the summons and complaint, and the Court's Notice of Initial Pretrial Conference order, for both defendants. Dkt. Nos. 28–35, 45–46. On March 11, 2024, the Clerk entered certificates of default as to both defendants. Dkt. Nos. 43–44. If Plaintiff intends to move for default judgment, Plaintiff should file a proposed order to show cause accompanied by supporting documentation as discussed in the Court's Individual Rules of Practice in Civil Cases. The Court expects that any application for default judgment will be made by no later than April 18, 2024. In light of this expectation, the initial pretrial conference previously scheduled for April 10, 2024 is adjourned sine die.

       SO ORDERED.

Dated: April 4, 2024
New York, New York
                                                    GREGORY H. WOODS
                                             United States District Judge