```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
   FOSUN PHARMA USA INC.,                                           :
                                                                    :
                                      Plaintiff,                    :    1:24-cv-115-GHW
                                                                    :
                  -against-                                         :         ORDER
                                                                    :
   TODOS MEDICAL USA, INC., and CORONA                              :
   DIAGNOSTICS LLC,                                                 :
                                                                    :
                                      Defendants.                   :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2024

GREGORY H. WOODS, District Judge:

This action having been commenced by Plaintiff Fosun Pharma USA Inc. ("Plaintiff"), on January 5, 2024, by the filing of the Summons and Complaint (ECF No. 1), and a copy of the Summons and Complaint having been served on the Defendants Todos Medical USA, Inc. ("Todos Medical") and Corona Diagnostics LLC ("Corona Diagnostics") (collectively the "Defendants") on January 16, 2024, and January 17, 2024, respectively, by serving (with respect to each of the Defendants) both the Nevada Secretary of State and the listed agent Business Filings Incorporated in the State of Nevada by service of process, and proof of service of the original Complaint having been filed on January 29, 2024 (ECF Nos. 28-31); and a First Amended Complaint (ECF No. 27, the "FAC") having been filed January 19, 2024, and a copy of the FAC having been served on each of the Defendants on January 22, 2024, by serving (with respect to each of the Defendants) both the Nevada Secretary of State and the listed agent Business Filings Incorporated in the State of Nevada by service of process, and proof of service having been filed on February 2, 2024 (ECF Nos. 32-35); and

A hearing having been conducted by this Court on June 10, 2024, on Plaintiff's motion for default judgment brought by Order to Show Cause (ECF Nos. 49 and 53), copies of which were served on each of Defendants (ECF. Nos. 59 and 60), and

Defendants having failed to appear at said hearing, and Plaintiff having appeared the hearing by its counsel, ArentFox Schiff LLP; and

For the reasons explained on the record during the hearing held on June 10, 2024, the Court having found that Defendants have not answered the Amended Complaint and that the time for the Defendants to answer the Amended Complaint has expired; and that Defendants are liable for breach of their contractual agreements; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Fosun Pharma against the Defendants Todos Medical and Corona Diagnostics, jointly and severally, for the amount of $225,162.30, plus pre-judgment interest at 9% per year, computed from February 1, 2023, to the date of this judgment, said interest amounting to $27,482.14, for a total judgment of $252,644.44.

Dated: June 10, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge